New York & Baltimore Coffee Polishing Co. *v.* New York
Coffee Polishing Co.

*(Circuit Court, E. D. New York.* 1882)

CONTEMPT OF WITNESS—COMMISSION TO TAKE TESTIMONY.

An order to show cause why a witness should not be held in contempt, asked
for to lay a foundation for a motion to issue a commission to take the testimony,
refused on the ground that the order to attach would be useless, and on subse-
quent motion an order was made to issue the commission.

In Equity. Order for commission to take testimony.

*Richards & Heald* and *Henry R. Starbuck,* for complainant.

*Goodrich, Deedy & Platt,* for defendant.

Appeal from taxation of costs under the decision in the above
cause, made December 27, 1881, (9 FED. REP. 578,) having been taken,
that decision was so far modified as to allow no costs to the plaintiff
on the demurrer. The defendant having failed to answer within the
ten days given, plaintiff's solicitor applied for an order to be served
on the president of the company defendant to show cause why he
should not be punished as for a contempt in not so answering, and
cited *Coveny* v. *Athill,* Dick. 355, and *Lancaster* v. *Lancaster,* 6 Sim.
439, stating also in open court that the sole reason for applying for
the order was to lay a foundation for a motion to issue the commis-
sion to take testimony which was prayed for in the bill. Upon this
the order to show cause was refused on the ground that the order to
attach the defendant would be useless, because it would not tend to
establish the truth of the allegations in the bill of the complainant.
Thereafter solicitor for complainant applied on notice for a commis-
sion to issue, and defendant opposed on the ground that issue had
not been joined in the cause. The objection was overruled, and an
order made for a commission to take the testimony of the witness
named in the bill, *in perpetuam rei memoriam,* upon written interroga-
tories to be attached to the commission.